UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 08/228 |
| | ) | |
| v. | ) | (Judge           ) |
| | ) | |
| MARK KOMOROSKI, | ) | |
| D&R SPORTS CENTER, | ) | |
| SERGEY KORZNIKOV, AND | ) | |
| TACTICA LIMITED | ) | |

FILED
HARRISBURG, PA
JUN 4 - 2008
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

INDICTMENT

THE GRAND JURY CHARGES THAT:

Beginning in approximately July, 2004, and continuing through approximately January, 2008, in Columbia County and Luzerne County, Pennsylvania, within the Middle District of Pennsylvania and elsewhere, the defendants, **MARK KOMOROSKI, D&R SPORTS CENTER, SERGEY KORZNIKOV, AND TACTICA LIMITED**, knowingly and willfully conspired and agreed together and with each other and with other persons known and unknown to the Grand Jury to violate the laws of the United States; to wit, the following statutes and regulations:

1. Title 22, United States Code, Section 2778, and 22 C.F.R. Section 127.1, exporting defense articles from the United States without first having obtained a license or written approval from the Department of State;

2. Title 18, United States Code, Section 554, exporting from the United States merchandise, articles and objects contrary to law;

3. Title 18, United States Code, Section 1341, mail fraud; and

4. Title 18, United States Code, Section 1956, money laundering.

In furtherance of the conspiracy and to effect the objects of the conspiracy, the co-conspirators took the following overt acts, among others:

1. On or about June 23, 2005, D&R Sports Center generated an invoice for Sergey Korznikov and TACTICA for items ordered from D&R Sports Center by TACTICA on that date with a total value $14,944.07.

2. On or about June 23, 2005, D&R Sports Center generated a second "fake" invoice with a false total value of goods ordered by TACTICA and Sergey Korznikov of $128.00 and a "ship to" "Mrs. Liudmila Karvetskaya 127 PR-T Vernadskogo Apt 608 117572 Moscow Russia."

3. On or about July 15, 2005, D&R Sports Center M&T Bank Commercial Checking account #98402507 received a wire transfer of $25,000 USD from Verrex Associates Ltd.

4. On or about November 21, 2005, D&R Sports Center generated an invoice for Sergey Korznikov and TACTICA for items ordered from D&R Sports Center by TACTICA on or about that date with a total value of $7,955.00.

5. On or about November 21, 2005, D&R Sports Center generated a second "fake" invoice with a false total value of goods ordered by TACTICA and Sergey Korznikov of $87.00 and a "ship to" "Mr. Artem Avanesian 8/17 Inessy Armand St. Apt. 345 117463 Moscow Russia."

6. On or about December 19, 2005, D&R Sports Center M&T Bank Commercial Checking Account #98402507 received a wire transfer of $25,000 USD from Langport Solutions.

7. On or about December 16, 2005, D&R Sports Center generated an invoice for Sergey Korznikov and TACTICA for items ordered from D&R Sports Center by TACTICA on or about that date with a total value of $7,395.03.

8. On or about December 16, 2005, D&R Sports Center generated a second "fake" invoice with a false total value of goods ordered by TACTICA and Sergey Korznikov of $93.00 and a "ship to" "Mr. Artem Avanesian 8/17 Inessy Armand St. Apt. 345 117463 Moscow Russia."

9. On or about January 11, 2006, D&R Sports Center M&T Bank Commercial Checking Account #98402507 received a wire transfer of $40,000 USD from Langport Solutions.

10. On or about January 12, 2006, D&R Sports Center generated an invoice for Sergey Korznikov and TACTICA for items ordered from D&R Sports Center by TACTICA on or about that date with a total value of $6,921.02.

11. On or about January 12, 2006, D&R Sports Center generated a second "fake" invoice with a false total value of goods ordered by TACTICA and Sergey Korznikov of $93.00 and a "ship to" "Mr. Artem Avanesian 8/17 Inessy Armand St. Apt. 345 117463 Moscow Russia."

12. On or about January 25, 2006, D&R Sports Center M&T Bank Commercial Checking Account #98402507 received a wire transfer of $140,000 USD from Langport Solutions.

13. On or about June 6, 2006, D&R Sports Center generated an invoice for Sergey Korznikov and TACTICA for items ordered from D&R Sports Center by TACTICA on or about that date with a total value of $12,181.26.

14. On or about June 6, D&R Sports Center generated a second "fake" invoice with a false total value of goods ordered by TACTICA and Sergey Korznikov of $94.00 and a "ship to" "Mr. Artem Avanesian 8/17 Inessy Armand St. Apt. 345 117463 Moscow Russia."

15. On or about June 15, 2006, D&R Sports Center M&T Bank Commercial Checking Account #98402507 received a wire transfer of $50,000 USD from Langport Solutions."

16. On or about August 22, 2006, D&R Sports Center generated an invoice for items ordered from D&R Sports Center by TACTICA and Sergey Korznikov on or about that date with a total value of $5,962.78. Included in that invoice were Commerce Department exported-controlled riflescopes.

17. On or about August 22, 2006, D&R Sports Center generated a second "fake" invoice with a false total value of goods ordered by TACTICA and Sergey Korznikov of $60.00 and a "ship to" "Mrs. Irina Erastova Litovsky Blvd. 15/5 Apt. 470 117593 Moscow Russia."

18. On or about August 28, 2006, D&R Sports Center M&T Bank Commercial Checking Account #98402507 received a wire transfer of $40,000 USD from Langport Solutions.

19. On or about December 24, 2007, D&R Sports Center generated an invoice for items ordered from D&R Sports Center by TACTICA on or about that date with a total value of $35,813.82. Included on the invoice were defense articles; to wit, one TRITA31RCOA4 ACOG 4x32 riflescope; TRITA31F ACOG 4x32 riflescope; and TRITA01NSN ACOG 4x32 riflescope.

20. On or about January 6, 2007, an e-mail was sent from the TACTICA website to an e-mail address for which KOMOROSKI is the subscriber. The e-mail directed "Mark" to split shipments with part of the shipments being directed to "Sergey" and part being directed to "Irina." The e-mail further directed "Mark" that "invoices" should be "about $250 each." The e-mail was signed by "Sergey."

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL

Grand Jury Foreperson

_Martin C. Carlson_
MARTIN C. CARLSON
United States Attorney

Dated: 6-4-08